# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 231 WAL 2018

     Respondent :

          : Petition for Allowance of Appeal from
          : the Order of the Superior Court
     v.      :

LARRY ROBERT STIEFEL,  :

     Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.